## James Cheetham *against* Zachariah Lewis.

On an original suit in this court, the plaintiff may declare at any time, unless *nonprossed.*

EVERTSON moved to set aside the declaration, and stay all further proceedings, because, though the writ was returnable in *November*, 1803, the plaintiff had not filed and delivered his declaration till *September* last. He contended, that by the rules of the common law, a plaintiff was obliged

to declare within the year, and if he did not do so, he was *ipso facto* out of court. If some limitation of this sort was not in force, a cause might be hung up *ad infinitum*. In support of the application, he cited 2 *D. & E.* 112, and particularly the reasoning of *Buller*, J.

*Van Wyck* contra, argued that the only mode of putting a plaintiff out of court, was, by a rule to declare, or be *nonprossed*.

*Per curiam.* There is no such rule of practice in this court, as that insisted on by the defendant. It is in his power to *nonpross* the plaintiff if he pleases; if he does not, the plaintiff may declare at any time. The decision, however, in this case, will not apply to a suit removed by *habeas corpus;* for there, as the defendant cannot *nonpross*, he is not bound to plead.